IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| EAST TENNESSEE NATURAL GAS CO., | Case No. 4:02-CV-00146 |
| Plaintiff, | **ORDER** |
| v. | |
| 3.04 ACRES IN PATRICK COUNTY, JERRY S. THOMAS, et al., | By: Jackson L. Kiser<br>Senior United States District Judge |
| Defendants. | |

Before me is the *Plaintiff's Motion for a New Trial or in the Alternative for Remittitur* [104]. For the reasons stated in the accompanying *Memorandum Opinion*, it is hereby **ordered** that the *Plaintiff's Motion for a New Trial* is granted, that the *Judgment* [100] in this case, dated October 25, 2005, is vacated, and that the Clerk of Court shall schedule this case for a new trial.

The Clerk is also directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 24th day of January, 2006.

                                                                s/Jackson L. Kiser
                                                              Senior United States District Judge