IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| EAST TENNESSEE NATURAL GAS CO., | ) ) Case No. 4:02-CV-00146 |
| Plaintiff, | ) ) ) **ORDER** |
| v. | ) ) |
| 3.04 ACRES IN PATRICK COUNTY, JERRY S. THOMAS, et al., | ) By: Jackson L. Kiser ) Senior United States District Judge ) |
| Defendants. | ) |

Before me is the *Defendants' Motion for Reconsideration, or in the Alternative, Motion to Designate Order as Immediately Appealable* [111]. For the reasons stated in the accompanying *Memorandum Opinion*, it is hereby **ordered** that the Defendants' *Motion* is **denied**.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 9th day of March, 2006.

s/Jackson L. Kiser
Senior United States District Judge